IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRETT MILLER AND BRET GOULD,** on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**GLOBAL GEOPHYSICAL SERVICES, INC.,** *et al.*,<br><br>Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. H-14-0708 |

## DECLARATION OF MARC D. POWERS IN SUPPORT OF MEMORANDUM IN SUPPORT OF THE MOTION TO DISMISS ALL CLAIMS IN THE AMENDED COMPLAINT AGAINST DEFENDANT RICHARD A. DEGNER

I, Marc D. Powers, declare under the provisions of 28 U.S.C. § 1746,

1. I am an attorney for Richard A. Degner. In this capacity, I am familiar with and have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify thereto.

2. I submit this Declaration in Support of Memorandum in Support of the Motion to Dismiss All Claims Against Defendant Richard A. Degner.

3. Exhibit 1 is a true and correct copy of Global Geophysical Services, Inc.'s Form 10-K Annual Report for the fiscal year ended December 31, 2010 (the "March 28, 2011 Form 10-K").

4. Exhibit 2 is a true and correct copy of Global Geophysical Services, Inc.'s Form 10-K Annual Report for the fiscal year ended December 31, 2011 (the "February 22, 2012 Form

10-K")..

5. Exhibit 3 is a true and correct copy of Global Geophysical Services, Inc.'s Form 10-K Annual Report for the fiscal year ended December 31, 2013 (the "April 24, 2014 Form 10-K").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2015.

                                                         */s/ Marc D. Powers*
                                                        MARC D. POWERS