IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRETT MILLER AND BRET GOULD,** on Behalf of Themselves and All Others Similarly Situated,<br>Plaintiffs,<br><br>vs.<br><br>**GLOBAL GEOPHYSICAL SERVICES, INC.,** *et al.*,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. H-14-0708<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING MOTION TO DISMISS ALL CLAIMS IN THE AMENDED COMPLAINT AGAINST DEFENDANT RICHARD A. DEGNER

Before the Court is Defendant Richard A. Degner's Motion to Dismiss All Claims Against Richard A. Degner (the "Motion") filed on February 27, 2015. After reviewing the Motion and applicable law, the Court grants the Motion and dismisses Plaintiffs' claims against Richard A. Degner.

Therefore, it is hereby ORDERED that all claims presented in Plaintiff's Complaint are hereby DISMISSED with prejudice. Each party shall bear its own costs, expenses and attorney's fees.

Signed this \_\_\_\_ day of _____, 2015

_____
HONORABLE VANESSA D. GILMORE