# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BRITT MILLER AND BRET GOULD, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL GEOPHYSICAL SERVICES, INC., RICHARD A. DEGNER, P. MATHEW VERGHESE, RICHARD C. WHITE, JESSE PEREZ, III, DAMIR SKERL, MICHAEL C. FORREST, GEORGE E. MATELICH, STANLEY DE JONGH OSBORNE, KARL F. KURZ, MICHAEL S. BABORICH, JOSEPH P. MCCOY, MLV & CO., and NATIONAL SECURITIES CORPORATION,<br>Defendants. | Civil Action: 4:14-CV-00708<br><br>CLASS ACTION<br><br>District Judge Vanessa Gilmore |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE OMNIBUS OPPOSITION TO MOTIONS TO DISMISS

Before the Court is the unopposed motion of Lead Plaintiff Billy Rinn, and named Plaintiffs Bret Gould, David Norris, Walter Rink, and Bryan Stanley ("Plaintiffs") for leave to file an Omnibus opposition to the Defendants' motions to dismiss (the "Omnibus Opposition Motion"). After reviewing the Omnibus Opposition Motion and applicable law, the Court grants the Omnibus Opposition Motions. Plaintiffs shall respond to Defendants' motions to dismiss with an Omnibus opposition of not more than 50 pages, to be filed no later than March 23, 2015.

Signed this 13th day of March, 2015.

Vanessa D. Gilmore
**United States District Judge**