IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRITT MILLER AND BRET GOULD, on Behalf of Themselves and All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-14-0708 |
| GLOBAL GEOPHYSICAL SERVICES, INC., *et al.* | § § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court are Defendant UHY LLP's motion to dismiss (**Instrument No. 92**); Defendant Richard Degner's motion to dismiss **(Instrument No. 93)**; and Defendant Global Geophysical Services, Inc.'s and related individual Defendants' motion to dismiss **(Instrument No. 94)**. On July 8, 2015, the Court stayed this case pending the Court's approval of a settlement between all parties. (Instrument No. 109). Accordingly, Defendants' motions to dismiss (**Instrument Nos. 92; 93; 94**) are **DENIED without prejudice to reurging.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the ___ day of July, 2015, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE