UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRITT MILLER AND BRET GOULD, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>vs.<br><br>GLOBAL GEOPHYSICAL SERVICES, INC., *et al.*,<br><br>    Defendants. | Civil Action No.: 14-cv-0708<br><br>**CLASS ACTION**<br><br>**District Judge Vanessa D. Gilmore** |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION, AND TO CERTIFY A CLASS FOR SETTLEMENT PURPOSES**

PLEASE TAKE NOTICE that Lead Plaintiff Billy Rinn ("Lead Plaintiff") and named Plaintiffs Bret Gould, David Norris, Walter Rink, and Bryan Stanley ("Named Plaintiffs", and with Lead Plaintiff, the "Plaintiffs"), by and through their attorneys, individually and on behalf of all others similarly situated, will and hereby do move this Court on January 15, 2016 at 2:00 p.m., the date and time previously set by the Honorable Vanessa D. Gilmore, Courtroom 9A, United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002 for an order: (i) finally approving the class action settlement; (ii) finally approving the plan of allocation of settlement proceeds; and (ii) finally certifying the class for settlement purposes.

This motion is based on the accompanying Memorandum of Law, the Declaration of Phillip Kim, the Declaration of Laurence M. Rosen, the Declaration of Dean Gresham, the Declaration of Josephine Bravata, the Declaration of Peter A. Stokes, and the Declaration of Paul

1

Rohan, all filed simultaneously herewith, and the pleadings and records on file in this action, including the Stipulation of Settlement (the "Stipulation") and the exhibits thereto, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated: December 11, 2015                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Laurence M. Rosen, Esq. (pro hac vice)
Phillip Kim, Esq. (pro hac vice)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Lead Counsel for Plaintiffs and Class

**THE PAYNE MITCHELL LAW GROUP**
R. Dean Gresham, Esq. (State Bar No. 24027215)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Tel: (214) 252-1888
Fax: (214) 252-1889
Email: dean@paynemitchell.com

Liaison Counsel for Plaintiffs and Class

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th of December, 2015, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim
Phillip Kim