Case 4:14-cv-00708   Document 138-1   Filed in TXSD on 04/27/17   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
May 01, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRITT MILLER AND BRET GOULD, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL GEOPHYSICAL SERVICES, INC., *et al.*,<br><br>Defendants. | Civil Action No.: 14-cv-0708<br><br>CLASS ACTION<br><br>District Judge Vanessa D. Gilmore |

# ] ORDER
# FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS

IT IS HEREBY ORDERED THAT:

1. The Net Settlement Fund shall be distributed on a pro rata basis to the Authorized Claimants identified in Exhibit B-1 to the Declaration of Josephine Bravata, at the direction of Plaintiffs' Counsel, pursuant to the Stipulation and Agreement of Settlement (the "Stipulation") and the Plan of Allocation set forth in the Notice of Pendency and Settlement of Class Action that was distributed pursuant to this Court's prior Order, except that only $689,178.10 shall be allocated to Preferred Stock class members.

2. Any person asserting any rejected or subsequently filed claims are finally and forever barred from the date of this Order.

3. The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Gross Settlement Fund, Net Settlement Fund or Escrow Accounts are released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members are barred from making any further claims against the Gross Settlement Fund or the Net Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this Order.

4. The checks for distribution to Authorized Claimants shall bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER DISTRIBUTION DATE." Plaintiffs' Counsel and Claims Administrator Strategic Claims

Services ("SCS") are authorized to locate and/or contact any Authorized Claimant who has not cashed his, her or its check within said time.

5. If any funds remain in the Net Settlement Fund by reason of uncashed checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, any balance remaining in the Net Settlement Fund one (1) year after the initial distribution of such funds shall be redistributed, after payment of any unpaid costs or fees incurred in administering the Net Settlement Fund for such redistribution, to Settlement Class Members who have cashed their checks and who would receive at least $10.00 from such redistribution. If any funds shall remain in the Net Settlement Fund six months after such redistribution, then such balance shall be contributed to a charity pursuant to the Court's discretion.

6. This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

IT IS SO ORDERED.

Dated: 4-26 , 2017

HON. VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE